## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CYNTHIA PRYOR,**

    Plaintiff,

-vs-

**TARGET CORPORATION**

    Defendant.

Case No.: 2020-CV-28

Judge: Judge John J. Tharp, Jr.

Magistrate Judge: Judge Sunil R. Harjani

### TARGET CORPORATION'S PRIVILEGE LOG

| DOCUMENT/COMMUNICATION/ INFORMATION | AUTHOR | DATE | PRIVILEGE |
| --- | --- | --- | --- |
| Oral and written e-mails, statements, correspondence and communications of and between defendants, their attorneys, and claims representatives regarding any subject-matter related to this suit | Defendant's legal department, defense counsel, and claims representatives, and those acting under their direction | Various | Attorney/client, insurer/insured, and work-product privileges |
| Sedgwick Claims Management Services' Claim Notes and Defense Counsel's Notes. | Defense counsel and claims representatives and those acting under their direction | Various | Attorney/client, insurer/insured, and work-product privileges |

Respectfully submitted,
Johnson & Bell, Ltd.

/s/Catherine P. Gorman
One of the Attorneys for Defendant, Target Corporation

1


EXHIBIT A

ROBERT M. BURKE, #6187403
CATHERINE P. GORMAN, #6320695
JOHNSON & BELL, LTD.
Attorney for Defendant
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
e-mail: burker@jbltd.com
       gormanc@jbltd.com