# James Bizzieri

**From:** James Bizzieri
**Sent:** Thursday, April 9, 2020 2:36 PM
**To:** Robert M. Burke
**Cc:** Jessica Piunti; Catherine P. Gorman
**Subject:** Re: Pryor v. Target

Bob -

Not looking for a list of your (or other attorneys) oral conversations. I am looking for an updated and a rule compliant log as to <u>documents</u> that reflect conversations, notes and investigations (except those with counsel) as stated in the letter. We will file the necessary motion to gain compliance and set it for our next case status.

As I also said in the letter, our discovery responses will be provided in short order. We just received yours this past Tuesday and yesterday. And as you know, the NDIL order has allowed extensions of all deadlines.

Jim

Sent from my iPhone

> On Apr 9, 2020, at 1:45 PM, Robert M. Burke <Burker@jbltd.com> wrote:
>
> James,
>   I disagree. We are not required to advise you of every communication we have with our clients just as you do not need to document in your privilege log every conversation and communication you have with your client as well as every note you personally take in this case. We have complied with the rules by identifying the nature of the communications and the bases for the privileges we have asserted.
>   We look forward to receiving your long overdue responses to written discovery and your privilege log.
>
>       Bob Burke
>
> **From:** James Bizzieri <jlbizzieri@bizzierilaw.com>
> **Sent:** Thursday, April 9, 2020 1:12 PM
> **To:** Robert M. Burke <Burker@jbltd.com>; Catherine P. Gorman <gormanc@jbltd.com>
> **Cc:** Jessica Piunti <jpiunti@bizzierilaw.com>
> **Subject:** Pryor v. Target
>
> Bob/Katie:
>
> Please see the attached correspondence.
>
> Stay safe and healthy,
> Jim
>
> James L. Bizzieri



1

BIZZIERI LAW OFFICES, LLC
10258 S. Western Avenue
Suite 210
Chicago, IL 60643
T: 773.881.9000
F: 773.881.9009
www.bizzierilaw.com

&lt;image001.png&gt;


Robert M. Burke, Attorney at Law


&lt;120040914450903415.jpg&gt;

33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0248**
burker@jbltd.com | www.johnsonandbell.com

---

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.